# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NANOCO TECHNOLOGIES LTD., § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> LG ELECTRONICS INC. and LG § <br> ELECTRONICS U.S.A., INC., § <br> *Defendants*. § <br> § | CIVIL ACTION NO. 2:25-CV-431-JRG |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement filed by Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (Dkt. No. 13). In the Motion, Defendant LG Electronics Inc., a foreign entity, agrees to waive service under the Hauge Convention in exchange for an extension of time for itself and Defendant LG Electronics U.S.A., Inc., a domestic entity, to move, answer, or otherwise respond to Plaintiff's Complaint. (*Id.* at 1). Defendants request a ninety (90) day extension of such deadline. The Motion is unopposed. (*Id.* at 3).

Accordingly, the Court finds that Defendant LG Electronics Inc. has **WAIVED** service of process under the Hague Convention. Further, having considered the Motion in view of the aforementioned waiver, and noting that it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Defendants' deadline to move, answer, or otherwise respond to Plaintiff's Complaint is **EXTENDED** up to and including August 29, 2025.

**So ORDERED and SIGNED this 29th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE