IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NANOCO TECHNOLOGIES LTD., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-431-JRG |
| LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Move the Scheduling Conference or Alternatively for an Extension of Time to Serve Infringement Contentions, Invalidity Contentions, and Subject-Matter Eligibility Contentions (Dkt. No. 16) filed by Plaintiff Nanoco Technologies Ltd. and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. In the Motion, the parties request that the above-captioned case be reset for the Court's September scheduling conference. (*Id.* at 1). The parties note that Defendants' answer is not due until August 29, 2025, and that an extension would "allow [them] to discuss the merits of the case prior to early deadlines." (*Id.*).

Having considered the Motion, and noting that it was filed jointly, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the parties in the above-captioned case are **EXCUSED** from the Court's July 16, 2025 scheduling conference. It is further **ORDERED** that the above-captioned case will be reset for the Court's September 2025 scheduling conference.

So ORDERED and SIGNED this 14th day of July, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE